IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ED ONTIVEROS,

    Petitioner,                      No. CIV S-07-1441 JAM DAD P

    vs.

R.J. SUBIA, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 2, 2008, the assigned district judge in this case granted respondent's motion to dismiss the petition as untimely. On October 22, 2008, the assigned district judge granted petitioner's request for a certificate of appealability. The United States Court of Appeals for the Ninth Circuit recently informed petitioner that he must submit the appropriate filing fee to proceed on appeal. Petitioner has filed a response claiming that because he is indigent, he would like to proceed in forma pauperis.

        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that "shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs." Petitioner

1

will be provided the opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the court. Petitioner is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of petitioner's prison trust account statement for the six-month period immediately preceding this order; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: November 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
onti1441.ifp