IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ED ONTIVEROS,

        Petitioner,                        No. CIV S-07-1441 JAM DAD P

     vs.

R.J. SUBIA, Warden,

        Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this case on October 2, 2008, and this matter is currently on appeal to the United States Court of Appeals for the Ninth Circuit. On November 19, 2008, petitioner filed a timely request to proceed in forma pauperis on appeal. The court file reflects that petitioner paid the filing fee for this action.

        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to appeal in forma pauperis on appeal must file a motion in the district court which:

/////

/////

/////

1

1    (A) shows in the detail prescribed by Form 4 of the Appendix of
2    Forms the party's inability to pay or to give security for fees and costs;

3    (B) claims an entitlement to redress; and

4    (C) states the issues that the party intends to present on appeal.

5 Fed. R. App. P. 24(a)(2). Petitioner's application to proceed in forma pauperis demonstrates his
6 inability to pay or to give security for fees and costs. In addition, the court previously granted
7 petitioner a certificate of appealability regarding whether petitioner's application for a writ of
8 habeas corpus is timely. Accordingly, his request to proceed in forma pauperis on appeal will be
9 granted.

10    In accordance with the above, IT IS HEREBY ORDERED that petitioner's
11 November 19, 2008, request to proceed in forma pauperis on appeal is granted.

12 DATED: 12/19/2008

14    /s/ John A. Mendez
    UNITED STATES DISTRICT JUDGE

15 /onti1441.ifpgrt