UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED ONTIVEROS,<br><br>        Petitioner,<br><br>    v.<br><br>R.J. SUBIA, Warden,<br><br>        Respondent. | No. 2:07-cv-1441 JAM DAD P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court finds that an evidentiary hearing is warranted in this matter on the issue of whether petitioner is entitled to equitable tolling of the statute of limitations.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is set for an evidentiary hearing before the undersigned on June 1, 2015, at 9:00 a.m. in Courtroom 27;

2. The evidentiary hearing shall be limited to the issue of whether petitioner is entitled to equitable tolling of the statute of limitations; and

/////

/////

/////

1

3. The court will issue a separate order and writ of habeas corpus ad testificandum for petitioner's attendance at the evidentiary hearing approximately six weeks prior to the hearing date. Counsel for petitioner is directed to keep the court apprised of petitioner's institution of incarceration.

Dated: January 29, 2015

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
onti1441.hrg